UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAMELA HONDROS,

        Plaintiff,

  -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

        Defendant.
------------------------------------------------------------X

13 CV 0384 (PAE)

**RULE 7.1 DISCLOSURE STATEMENT**

DOCUMENT
ELECTRONICALLY FILED

  The undersigned, counsel of record for defendant METROPOLITAN LIFE INSURANCE COMPANY, hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

  1. Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated: New York, New York
    March 12, 2013

            Respectfully submitted,

            s/
            MICHAEL H. BERNSTEIN (MB-0579)
            SEDGWICK LLP
            225 Liberty Street, 28th Floor
            New York, New York 10281-1008
            T: 212.422.0202 | F: 212.422.0925
            *Attorneys for Defendant*
            *METROPOLITAN LIFE INSURANCE COMPANY*

TO:    Justin C. Frankel, Esq. (JF-5983)
Jason A. Newfield (JN-5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue - Suite 312
Garden City, New York 11530
T:  516.222.1600
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (on behalf of Metropolitan Life Insurance Company) was served via ECF and regular mail on March 12, 2013, upon

Justin C. Frankel, Esq. (JF-5983)
Jason A. Newfield (JN-5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue - Suite 312
Garden City, New York 11530
T: 516.222.1600
*Attorneys for Plaintiff*

Dated: March 12, 2013

                                                         s/ _____
                                                        Michael H. Bernstein (MB-0579)