UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

HONDROS                                             Docket  Number: 13 CV 384 (PAE)

        -against-                                    NOTICE OF REASSIGNMENT

MET LIFE
--------------------------------------------------------

      The above-entitled action is:

[     ]Reassigned to the Hon.
        [    ] Designated / [    ] Redesignated Hon.                    ,Magistrate Judge

[ X   ] Reassigned Referral to Hon.  DEBRA C. FREEMAN (DCF),
Magistrate Judge

[X    ] Reassigned Designation to Hon. DEBRA C.FREEMAN (DCF),
Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket
number

.

                                         Ruby J. Krajick
                                         Clerk of Court

Dated: 04/15/2013                              By:      PHYLLIS ADAMIK
                                         Deputy Clerk