UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PAMELA HONDROS,

                           Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE COMPANY

                           Defendants.

-------------------------------------------------------------------X

Civil Action No.:
13 Civ. 0384 (PAE) (DCF)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

DOCUMENT ELECTRONICALLY FILED

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Pamela Hondros ("Hondros") and defendant Metropolitan Life Insurance Company ("MetLife"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims by plaintiff against MetLife in the above-captioned action are dismissed with prejudice, and without costs.

_s/_____
Michael H. Bernstein (MB-0579)
Matthew P. Mazzola (MM-7427)
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 10281-1008
Tel. (212) 422-0202
Fax (212) 422-0925
*Attorneys for Defendant*
*Metropolitan Life Insurance Company*

_s/_____
Justin C. Frankel (JF-5983)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue - Suite 312
Garden City, New York 11530
T: 516.222.1600
*Attorneys for Plaintiff*

So Ordered:

_____
Hon. Paul A. Engelmayer
United States District Judge